# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00222-CV

**Pryor Custom Homes, L.P.; RPCH Management, L.L.C.
and Edmund R. Pryor, Appellants**

**v.**

**Mid-Continent Casualty Company, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. GN401390, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss this appeal. We grant their motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Patterson and Waldrop

Dismissed on Agreed Motion

Filed:  October 19, 2005